IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULES BUCKLEY,

    Plaintiff,                    No. 2:11-cv-01310 DAD P

    vs.

A.E. RITOLA,

    Defendant.              ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2013, defendant Ritola filed a motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.[1]  Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." On November 27, 2012, plaintiff was advised by the court of the requirements for filing an opposition to the motion

/////

---

[1] With the motion to dismiss, defendant has also provided plaintiff the notice required by Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1

and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. (Doc. No. 13.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed November 27, 2012, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition. In the alternative, if plaintiff no longer wishes to proceed with this matter, he shall file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Failure to respond to this order may result in a recommendation that this action be dismissed due to plaintiff's failure to prosecute this action and abide by the court's orders.

DATED: March 11, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
buck1310.osc

2