UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES BUCKLEY, | No. 2:11-cv-01310 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| A.E. RITOLA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2013, the undersigned issued findings and recommendations recommending that defendant's motion to dismiss be granted due to plaintiff's failure to exhaust his administrative remedies prior to filing suit as required. On August 6, 2013, the assigned District Judge declined to adopt those findings and recommendations, denied defendant's January 28, 2013 motion to dismiss and referred this action back to the undersigned. By this order, defendant will be ordered to file an answer to plaintiff's amended complaint.

/////
/////
/////
/////
/////

1

1  Accordingly, IT IS HEREBY ORDERED that within thirty days from the service of this
2 order, defendant shall file an answer to the amended complaint.  Following the filing of
3 defendant's answer, the court shall issue a discovery and scheduling order.
4 Dated: August 7, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
buck1310.ans