UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES BUCKLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>A.E. RITOLA,<br><br>           Defendant. | No.  2:11-cv-01310 KJM DAD P<br><br><br>ORDER |

Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 5, 2013 request for the appointment of counsel (ECF No. 26) is denied.

Dated: October 9, 2013

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/md; buck1310.31