UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JULES BUCKLEY,

        Plaintiff,                    No. 2:11-cv-01310 KJM DAD P

vs.

HIGH DESERT STATE PRISON, et al.

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Jules Buckley, inmate F-04259, a necessary and material witness in a settlement conference in this case on September 10, 2015, is confined in California Rehabilitation Center, 5th Street & Western, P.O. Box 1841, Norco, California 92860, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd, to appear by video-conferencing at California Rehabilitation Center on September 10, 2015 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California Rehabilitation Center, P.O. Box 1841, Norco, California 92860-0991:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 16, 2015

                                                          _____
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:10
buck1310.841vc